FILED & JUDGMENT ENTERED
Christine F. Ramsey

September 1 2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Ashley Austin Edwards
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>Duramax Holdings LLC<br>d/b/a Otto Environmental Systems,<br><br>Debtor. | Case No.: 26-30653<br>Chapter 7 |
| Cole Hayes, Chapter 7 Trustee for the Bankruptcy Estate of Duramax Holdings LLC d/b/a Otto Environmental Systems,<br><br>Plaintiff,<br><br>v.<br><br>Formex Holdings, LLC; Forming Technologies, LLC; Muskie Holdings, LLC; AMD Plastics, LLC; DLB Custom Extrusions, LLC; Duramax Solutions, LLC; and Brian F. Coll,<br><br>Defendants. | Adversary Proceeding<br>No.: 26-03050 |

**<u>CONSENT ORDER AUTHORIZING</u>**
**<u>MEDIATED SETTLEMENT CONFERENCE</u>**

THIS MATTER comes before the Court by the consent of Plaintiff Cole Hayes ("Plaintiff"), as the Court-appointed Trustee for the Bankruptcy Estate of Duramax Holdings LLC d/b/a Otto Environmental Systems ("Duramax" or "Debtor") and Defendants Formex Holdings, LLC; Forming Technologies, LLC; Muskie Holdings, LLC; AMD Plastics, LLC; DLB Custom Extrusions, LLC; Duramax Solutions, LLC; and Brian F. Coll (collectively, "Defendants"), through counsel (collectively, the "Parties"). The Parties have agreed and desire to participate in an in-person mediated settlement conference to attempt to resolve all issues, claims, and counterclaims between them in this Adversary Proceeding and the underlying bankruptcy case. It appears to the Court that a mediated settlement conference is in the best interest of the parties and the estate.

WITH THE CONSENT OF THE PARTIES, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. The Court approves and authorizes a mediated settlement conference for the Parties to attempt in good faith to resolve all issues, claims, and counterclaims between them in this Adversary Proceeding and the underlying bankruptcy case ("Mediation").

2. At the request of the Parties, the Court approves Andrew T. Houston, Esq. of Moon Wright & Houston, PLLC to serve as the Mediator for such Mediation. Mr. Houston's rate for preparing for, traveling to and from, and conducting the Mediation will be $425.00 per hour plus any expenses.

3. Plaintiff and Defendants will each be liable for one-half of the Mediator's fees and expenses associated with the Mediation.

4. The Mediation will be conducted pursuant to Local Rule 9019-2 and the Rules Governing Mediated Settlement Conferences in Superior Court Civil Actions promulgated by the North Carolina Supreme Court pursuant to N.C. Gen. Stat. § 7A-38; provided that the $5,000.00 limitation on the bankruptcy estates' ability to pay its one-half share of the mediator's fees and expenses under Local Rule 9019-2(c)(4) is waived.

5. The Mediator will file a report of outcome in this proceeding within seven days of the conclusion of the Mediation.

6. The Court authorizes and directs the Parties to execute all documents reasonably requested by the Mediator to memorialize the terms of the Mediation including, without limitation, an engagement agreement and a confidentiality agreement.

7. The Mediation will begin on September 2, 2026, beginning at 1:00 PM EST, or at such other time and location mutually-agreed-upon by the Parties and Mediator. The Mediation will take place at the law offices of Ivey McClellan, 305 Blandwood Avenue, Greensboro, North Carolina, via Zoom, or via a hybrid arrangement as agreed-to by the Parties. If necessary, the Mediation will continue on September 3, 2026.

8. Any communication of any type, whether oral or written, made or provided in connection with the Mediation, including, without limitation, statements, reports, admissions, or proposals given by the Mediator or any Party ("Mediation Communications"), may not be used by any party for any purpose, including impeachment, in any arbitral, judicial, or other proceeding, including this proceeding and bankruptcy case or any subsequent adversary proceeding, and may not be disclosed to any non-party to the Mediation, including this Court; provided however, that nothing in this paragraph shall affect the admissibility or confidentiality of such matters solely to the extent necessary: (a) in proceedings for sanctions under this Order; (b) in proceedings to enforce or rescind a settlement of the matters herein referred to mediation; (c) in disciplinary proceedings before any applicable state bar; (d) in proceedings to enforce laws concerning juvenile or elder abuse; (e) to prevent imminent harm to the health or safety of any person; (f) to prevent the commission of a crime; or (g) to obtain approval of any settlement reached. The Mediation Communications shall not be subject to discovery and shall be inadmissible in any Proceeding and also shall be subject to protection under Rule 408 of the Federal Rules of Evidence and any equivalent or comparable state law. Except as set forth below, the Mediator shall neither voluntarily testify nor be required to testify in regard to the Mediation or any Mediation Communications in any Proceeding.

9. Notwithstanding the otherwise operative provisions of this Order, the Mediator may testify in any Proceeding to enforce the terms of any written

agreement reached by any of the Parties resulting from the Mediation where the meaning or content of such agreement is put in issue, subject to any limitations prohibiting such testimony under the laws of the State of North Carolina.

10. The Court will retain jurisdiction over the interpretation, implementation, and enforcement of this Order.

CONSENTED AND AGREED TO BY:

*/s/ Lance P. Martin*
Lance P. Martin
N.C. State Bar No. 027287
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC 28802-2020
Telephone: 828.348.6070
Facsimile: 828.348.6077
Email: lpm@wardandsmith.com
*Attorneys for Plaintiff*

*/s/ Charles M. Ivey, III*
Charles M. Ivey, III
N.C. State Bar No. 8333
Ivey, McClellan, Siegmund,
Brumbaugh & McDonough, LLP
Post Office Box 3324
Greensboro, NC 27402
Telephone: 336.274.4658
Facsimile: 336.274.4540
Email: cmi@iveymcclellan.com
*Attorneys for Defendants*

**This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.**

**United States Bankruptcy Court**